# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Olga Lord Ferrara

**Case/AP Number** 06-14981

**Chapter** 7

#116 Motion of Gibraltar Savings Bank, F.S.B. for Relief from Automatic Stay (S. Masterson)
#117 Opposition of Egidio Ferrara (L. Bretta)
#118 Opposition of Debtor (J. McAuliffe)

**COURT ACTION:**

X _____ Hearing held

_____ Granted    _____ Approved    _____ Moot

_____ Denied    _____ Denied without prejudice    _____ Withdrawn in open court

_____ Overruled    _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order    _____ Released    _____ Enforced

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

For the reasons set forth on the record, the motion of Gibraltar Savings Bank for relief from the stay to exercise its rights to the Debtor's property only is hereby granted.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*    Dated: 2/3/2009

Frank J. Bailey
United States Bankruptcy Judge